NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SIPCO, LLC,**
*Appellant*

**v.**

**EMERSON ELECTRIC CO.,**
*Appellee*

———————————

2018-1364

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00984.

———————————

**JUDGMENT**

———————————

GREGORY J. GONSALVES, Falls Church, VA, argued for appellant.  Also represented by THOMAS F. MEAGHER, Meagher Emanuel Laks Goldberg & Bovino, LLP, Princeton, NJ.

JAMES LAWRENCE DAVIS, JR., Ropes & Gray LLP, East Palo Alto, CA, argued for appellee.  Also represented by JAMES RICHARD BATCHELDER; STEVEN PEPE, New York, NY; DOUGLAS HALLWARD-DRIEMEIER, KATHRYN C. THORNTON, Washington, DC.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for amicus curiae United States. Also represented by THOMAS W. KRAUSE, MONICA BARNES LATEEF, ROBERT J. MCMANUS, FARHEENA YASMEEN RASHEED; MELISSA N. PATTERSON, JACK STARCHER, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 21, 2021          /s/ Peter R. Marksteiner
      Date                    Peter R. Marksteiner
                              Clerk of Court